EASTWOOD, SCANDARIATO & STEINBERG

COUNSELORS AT LAW

336 PRESIDENT STREET

SADDLE BROOK, NEW JERSEY 07663-6323

---

(973) 253-1500

FACSIMILE: (973)253-1510

E-MAIL: eastlaw@earthlink.net

EDWIN C. EASTWOOD, JR.
(1929 – 2006)

PETER A. SCANDARIATO
MEMBER N.J. AND D.C. BARS

ERIC STEINBERG
MEMBER N.J. AND N.Y. BARS

LISA K. EASTWOOD
MEMBER N.J. AND N.Y. BARS

30 July 2012

Honorable Jose L. Linares
Judge, United States District Court
  for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *F.C. v. New Providence Board of Education*
       *Docket No. 12-02314 JLL-MAH*

Dear Judge Linares:

  This firm represents Plaintiffs in the above referenced matter.

  We are pleased to inform the Court that the captioned matter has been resolved and a settlement agreement executed by both parties. A Stipulation of Discontinuance will be filed shortly.

              Respectfully submitted,

              Lisa K. Eastwood

Cc: Athina Lekas Cornell, Esq.