UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| F.C., ET AL., | : | |
| **Plaintiff,** | : | Civil Action No. 12-2314 (FSH) |
| v. | : | |
| NEW PROVIDENCE BOARD OF EDUCATION, ET AL., | : | ORDER |
| **Defendants.** | : | |

This matter having come before the Court on the Corrected Certification in Support of the

Motion for Summary Judgment [ECF No. 20] and a telephone conference with the parties on

July 31, 2012;

and it appearing that the Corrected Certification contains sensitive information as defined

by Local Civil Rule 5.2 and the Electronic Case Filings and Procedures promulgated by the

United States District Court, New Jersey District Court;

and the Court noting that the plaintiff having originally sought to seal this information

pursuant to an earlier motion to seal, see Mot. to Seal, June 21, 2012, ECF No. 18;

and the Corrected Certification not being a "judicial record" as the underlying motion for

summary judgment was never considered and resolved by the Court, see Publicker Indus., Inc. v.

Cohen, 733 F.2d 1059 (3d Cir. 1984); United States. v. Criden, 648 F.2d 814, 819 (3d Cir. 1981);

and it therefore being appropriate to seal the Corrected Certification as it a document that

contains sensitive information involving a minor and was never considered by the Court;

and there being no opposition;

and for good cause shown;

IT IS ON THIS 31th day of July, 2012

ORDERED that the Corrected Certification [ECF No. 18] shall be sealed.

s/Michael A. Hammer
UNITED STATES MAGISTRATE JUDGE